UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY KENNEDY, )<br>)<br>        Plaintiff )<br>)<br>vs. )<br>)<br>ABBOTT LABORATORIES, INC, ET )<br>AL, )<br>)<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-199-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant Abbott Diabetes Care Sales Corporation's motion for summary judgment [D.E. 29].

This case is closed.

<u>This Judgment filed and entered on February 1, 2023, and copies to</u>:
James Hairston, Jr. (via CM/ECF electronic notification)
Moses Brown (via CM/ECF electronic notification)
Frederick Smith (via CM/ECF electronic notification)
Ethan Goeman (via CM/ECF electronic notification)
Margaret Manos (via CM/ECF electronic notification)


February 1, 2023                                                        Peter A. Moore, Jr.
                                                                                       Clerk of Court




                                                                         By: /s/ Lindsay Stouch
                                                                                Deputy Clerk